```
 1  Alan E. Ferguson
    CA Bar No. 103677
 2  Attorney at Law
    3200 4th Ave., Ste. 207
 3  San Diego, CA 92103-5716
    Tel.: 619-299-4999
 4
 5  Attorney for the Material Witness
```

FILED
06 OCT 24 PM 2:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PJC  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Louisa S. Porter)

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 06mg1626 |
| --- | --- | --- |
| Plaintiff, | ) | District Case No. 06cr2017-H |
| v. | ) | EX PARTE APPLICATION AND ORDER TO EXONERATE THE APPEARANCE BOND FOR THE MATERIAL WITNESS AND DISBURSE REGISTRY FUNDS |
| William Lee Terzin, | ) | |
| Defendant. | ) | |

I, Alan E. Ferguson, attorney for the material witness, Adriana Garcia-Casasola [A94-942-705], submit this ex parte application and order to exonerate the appearance bond securing the attendance of the material witness for this case.

This application is made after I obtained authorization from the Office of the United States Attorney to remand the material witness to the United States Immigration and Naturalization Service, and after the material witness was remanded to the custody of the Immigration and Naturalization Service for the return of the material witness to Mexico.

DATED: 10-15-06

ALAN E. FERGUSON
Attorney for the Material Witness

IT IS HEREBY ORDERED that the personal surety bond which secured the presence of material witness, Adriana Garcia-Casasola, is exonerated.

/ / / /

1   IT IS FURTHER ORDERED that the Clerk of Court shall release and disburse the $500.00
2   held in the Registry of the Court to the Surety. The current address of the surety is noted below:

> Rafael Ponce
> 18401 Patterson Lane, Apt. 4
> Huntington Beach, CA 92646
> SSN:XXX-XX-0228.

DATED: 10-24-06

The Honorable Nita L. Stormes
United States Magistrate Judge